UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DARRIN DUANE WILSON,

    Petitioner,

v.                                                    Case No. 2:09-cv-268
                                                     HON. R. ALLAN EDGAR

GARY CAPELLO,

    Respondent.

_____/

## MEMORANDUM AND ORDER

       Petitioner Darrin Duane Wilson, a Michigan state prisoner in the custody of the Michigan Department of Corrections, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. On September 9, 2011, Magistrate Judge Timothy P. Greeley submitted his report and recommendation. [Court Doc. No. 18]. It is recommended that the habeas petition be denied and dismissed with prejudice, and that a certificate of appealablity be denied under 28 U.S.C. § 2253(c)(2).

       Petitioner Wilson has not timely filed any objections to the report and recommendation. After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and W.D. Mich. LCivR 72.3(b). The Court concludes that the habeas petition brought under 28 U.S.C. § 2254 is without merit. The habeas petition shall be **DENIED and DISMISSED WITH PREJUDICE**.

       If petitioner Wilson files a notice of appeal, it will be treated as an application for a certificate of appealability which shall be **DENIED** pursuant to 28 U.S.C. § 2253(c)(2); Fed. R. App. P.

22(b)(1); and *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), for the same reasons expressed in the report and recommendation. Petitioner Wilson has not made a substantial showing of the denial of a federal constitutional right. Reasonable jurists could not find that dismissal of the habeas petition is debatable or erroneous.

 A separate judgment will enter.

 SO ORDERED.

 Dated: September 30, 2011.


          */s/ R. Allan Edgar*
          R. ALLAN EDGAR
        UNITED STATES DISTRICT JUDGE